1  JOHN A. RUSSO, City Attorney – SBN 129729
   RANDOLPH W. HALL, Assistant City Atty. – SBN 080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty. – SBN 121266
   JENNIFER N. LOGUE, Deputy City Atty. – SBN 241910
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-6524  Fax:  (510) 238-6500
   jnlogue@oaklandcityattorney.org
5  X03389:596419

6  Attorneys for Defendants
   CITY OF OAKLAND and
7  ROSS TISDELL

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                      **SAN FRANCISCO DIVISION**
11

12
   KEN PHELON,                            Case No.  C09-03393 SBA
13
              Plaintiff,
14                                         **ANSWER OF DEFENDANTS CITY OF**
       v.                                  **OAKLAND AND ROSS TISDELL TO**
15                                         **COMPLAINT**
   JEREMY D. HAMMAN, ALAMEDA
16 COUNTY (CA) SHERIFF DEPUTY, OFFICER
   ONE, OAKLAND (CA) POLICE OFFICER,
17 OFFICER TWO, OAKLAND POLICE
   OFFICER, OFFICER THREE, OAKLAND
18 POLICE OFFICER, OFFICER FOUR,
   OAKLAND POLICE OFFICER, ROSS
19 TISDELL SUPERVVISOR, ALAMEDA
   COUNTY SHERIFF DEPARTMENT,
20 ALAMEDA COUNTY SHERIFF
   DEPARTMENT, OAKLAND POLICE
21 DEPARTMENT, CITY OF OAKLAND,
   COUNTY OF ALAMEDA,
22
              Defendants.
23

24       Defendants CITY OF OAKLAND and ROSS TISDELL hereby answer, object, and

25 otherwise respond to the Plaintiff KEN PHELON's pro se civil rights Complaint on file herein as

26 follows:

## **Introduction**

1.      Defendants deny that this is an action in equity as Plaintiff seeks compensatory and punitive damages against Defendants. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and on that basis, deny each and every allegation contained herein.

2.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

3.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

4.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

5.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

6.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

7.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

8.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

**Parties**

1.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

2.      Defendants admit that Defendant ROSS TISDELL is employed by City of Oakland as a police officer. As to the remaining allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every remaining allegation contained herein.

3.      Defendants admit that the City of Oakland is a municipal corporation and the employer of Defendant ROSS TISDELL.

**Jurisdiction**

1.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

2.      2(1) – 2(2) - Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

Defendants deny that this court has jurisdiction to issue a Writ of Mandate as requested by Plaintiff's prayer for relief or to stay the pending Alameda County Superior Court case, identified by Plaintiff as Docket #544687.

**No exhaustion requirement**

1.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

**Qualified immunity & notice requirement**

1.      Defendants are without knowledge or information sufficient to form a belief as to

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

1   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

2   contained herein.

3        2.        Defendants are without knowledge or information sufficient to form a belief as to

4   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

5   contained herein.

6                            **Statement of facts**

7        1.        Defendants are without knowledge or information sufficient to form a belief as to

8   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

9   contained herein.

10       2.        Defendants deny the allegations set forth in this paragraph.

11       3.        Defendants deny the allegations set forth in this paragraph.

12       4.        Defendants deny the allegations set forth in this paragraph.

13       5.        Defendants deny the allegations set forth in this paragraph.

14       6.        Defendants are without knowledge or information sufficient to form a belief as to

15   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

16   contained herein.

17       7.        Defendants are without knowledge or information sufficient to form a belief as to

18   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

19   contained herein.

20       8.        Defendants are without knowledge or information sufficient to form a belief as to

21   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

22   contained herein.

23       9.        Defendants are without knowledge or information sufficient to form a belief as to

24   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

25   contained herein.

26       Note:   Defendants are without knowledge or information sufficient to form a belief as to

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

1   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

2   contained herein.

3       10.     Defendants are without knowledge or information sufficient to form a belief as to

4   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

5   contained herein.

6       11.     Defendants are without knowledge or information sufficient to form a belief as to

7   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

8   contained herein.

9       12.     Defendants deny the allegations set forth in this paragraph.

10      13.     Defendants are without knowledge or information sufficient to form a belief as to

11  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

12  contained herein.

13      14.     Defendants are without knowledge or information sufficient to form a belief as to

14  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

15  contained herein.

16      15.     Defendants are without knowledge or information sufficient to form a belief as to

17  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

18  contained herein.

19      16.     Defendants are without knowledge or information sufficient to form a belief as to

20  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

21  contained herein.

22      17.     Defendants are without knowledge or information sufficient to form a belief as to

23  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

24  contained herein.

25      18.     Defendants are without knowledge or information sufficient to form a belief as to

26  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

1    contained herein.

2        19.    Defendants are without knowledge or information sufficient to form a belief as to

3    the truth of the allegations in this paragraph and on that basis, deny each and every allegation

4    contained herein.

5        20.    Defendants are without knowledge or information sufficient to form a belief as to

6    the truth of the allegations in this paragraph and on that basis, deny each and every allegation

7    contained herein.

8        21.    Defendants deny the allegations set forth in this paragraph.

9        22.    Defendants deny the allegations set forth in this paragraph.

10       23.    Defendants deny the allegations set forth in this paragraph.

11       24.    Defendants are without knowledge or information sufficient to form a belief as to

12   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

13   contained herein.

14       25.    Defendants are without knowledge or information sufficient to form a belief as to

15   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

16   contained herein.

17       Note: Defendants are without knowledge or information sufficient to form a belief as to the

18   truth of the allegations in this paragraph and on that basis, deny each and every allegation contained

19   herein.

20       26.    Defendants are without knowledge or information sufficient to form a belief as to

21   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

22   contained herein.

23       27.    Defendants are without knowledge or information sufficient to form a belief as to

24   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

25   contained herein.

26       28.    Defendants are without knowledge or information sufficient to form a belief as to

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

29.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

30.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

31.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

32.     Defendants admit that Sgt. Donovan and Officer Lee went to Plaintiff's home to respond to plaintiff's wish to file a complaint about unknown officers putting his friend Jolicia Kelley into the trunk of a vehicle and driving away. Defendants deny that the officer's visit was on December 5, 2008. As to the remaining allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

33.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

34.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

35.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

36.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

37.     Defendants deny the allegations set forth in this paragraph.

38.     Defendants deny the allegations set forth in this paragraph.

39.     Defendants deny the allegations set forth in this paragraph.

40.     Defendants deny the allegations set forth in this paragraph.

41.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

42.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

43.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

44.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

45.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

46.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

47.     Defendants are without knowledge or information sufficient to form a belief as to

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

a)      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

b)      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

48.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

49.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

50.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

51.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

52.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

53.     Defendants deny the allegations set forth in this paragraph.

54.     (a)-(j) - Defendants deny the allegations set forth in this paragraph and its subsections.

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

//

**Count I**

**42 U.S.C. 1983 Conspiracies to Violate Civil Rights Against Individual Defendant Hamman and Defendant Officers One, Two, Three, and Four violation of his civil rights under color of law.**

55.     Defendants incorporate herein their responses to the allegations contained in paragraphs 1

through 54, as previously set forth.

56.     Defendants deny the allegations set forth in this paragraph.

57.     Defendants deny the allegations set forth in this paragraph.

58.     Defendants deny the allegations set forth in this paragraph.

59.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

60.     Defendants deny the allegations set forth in this paragraph.

61.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

62.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

**Pendent Claims – Count 1**

Duty to prevent other officers from violating rights:

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

Obtaining identifications through suggestive methods:

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

1    Defendants deny the allegations set forth in this paragraph.

2    Obtaining False Statements:

3    Defendants are without knowledge or information sufficient to form a belief as to the truth

4    of the allegations in this paragraph and on that basis, deny each and every allegation contained

5    herein.

6    Manufacturing Evidence:

7    Defendants deny the allegations set forth in this paragraph.

8    Coercing a Confession:

9    Defendants deny the allegations set forth in this paragraph.

10   Tampering with Evidence:

11   Defendants deny the allegations set forth in this paragraph.

12   Negligence:

13   Defendants deny the allegations set forth in this paragraph.

14   Intentional infliction of emotional distress:

15   Defendants deny the allegations set forth in this paragraph.

16   Fraud:

17   Defendants deny the allegations set forth in this paragraph.

18

19   **Count 2**
**42 U.S.C. §1983 Witness Intimidation Tampering with Evidence Against Individual**
20   **Defendant Hamman and Defendant Officers One, Two, Three, and Four**
**Judge John M. Glen, Baltimore City Circuit Court noted in the NY Times that witness**
21   **intimidation has become so pervasive that it is ruining the public's faith in the criminal**
**justice system**
22

23   63.    Defendants incorporate herein their responses to the allegations contained in

paragraphs 1 through 54, as previously set forth.

24

25   64.    Defendants deny the allegations set forth in this paragraph.

26   65.    Defendants are without knowledge or information sufficient to form a belief as to

the truth of the allegations in this paragraph and on that basis, deny each and every allegation

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

1   contained herein.

2       66.     Defendants are without knowledge or information sufficient to form a belief as to

3   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

4   contained herein.

5       67.     Defendants are without knowledge or information sufficient to form a belief as to

6   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

7   contained herein.

8       68.     Defendants deny the allegations set forth in this paragraph.

9       69.     Defendants deny the allegations set forth in this paragraph.

10      70.     Defendants deny the allegations set forth in this paragraph.

11      71.     Defendants deny the allegations set forth in this paragraph.

12      72.     Defendants deny the allegations set forth in this paragraph.

13      73.     Defendants are without knowledge or information sufficient to form a belief as to

14  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

15  contained herein.

16      74.     Defendants are without knowledge or information sufficient to form a belief as to

17  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

18  contained herein.

19  **<u>Pendent Claims – Count 2</u>**

20  Dissuading a Witness:

21  Defendants deny the allegations set forth in this paragraph.

22  Tampering with Evidence:

23  Defendants deny the allegations set forth in this paragraph.

24  Kidnap:

25  Defendants deny the allegations set forth in this paragraph.

26  False Imprisonment:

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

Defendants deny the allegations set forth in this paragraph.

Harassment:

Defendants deny the allegations set forth in this paragraph.

Paragraph/footnote re "evidence":

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

**Count 3**
**Cruel & Unusual Punishment**
**42 U.S.C. §1983 Against Individual Defendant Hamman and Defendant Officers One, Two, Three, and Four**

75.    Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 54, as previously set forth.

76.    Defendants deny the allegations set forth in this paragraph.

**Count 4**
**42 U.S.C. §1983 Invasion of Privacy & Slander Against Individual Defendant Hamman and Defendant Officers One, Two, Three, and Four**
Fourth, Sixth, Ninth and Fourteenth Amendments

77.    Defendants incorporate herein their responses to the allegations contained in paragraphs 1 through 54, as previously set forth.

78.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

79.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

80.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

81.     Defendants deny the allegations set forth in this paragraph.

82.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

83.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

**<u>Pendent Claims – Count 4</u>**

Slander:

Defendants deny the allegations set forth in this paragraph.

Verbal Abuse & Harassment:

Defendants deny the allegations set forth in this paragraph.

Defamation of Character:

Defendants deny the allegations set forth in this paragraph.

Paragraph/footnote re: "The constitutional right to privacy:"

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

Paragraph/footnote re "verbal abuse, defamation, slander etc:"

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained herein.

Paragraph/footnote re: "The Constitution also protects to some extent:"

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, deny each and every allegation contained

1    herein.

2                                    **Count 5**
3    **42 U.S.C. §1983 Deliberate Indifference Against Individual Defendant Tisdell and Defendant**
                                     **Garrigan**
4                          Fourth, Eighth, Fourteenth Amendment

5           84.    Defendants incorporate herein their responses to the allegations contained in

6    paragraphs 1 through 54, as previously set forth.

7           85.    Defendants deny the allegations set forth in this paragraph.

8           86.    Defendants deny that Defendant Tisdell told plaintiff his complaint about the

9    misconduct was "not serious." With respect to the remaining allegations, defendants are without

10   knowledge or information sufficient to form a belief as to the truth of the allegations in this

11   paragraph and on that basis, deny each and every allegation contained herein.

12          87.    Defendants are without knowledge or information sufficient to form a belief as to

13   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

14   contained herein.

15          88.    Defendants deny the allegations set forth in this paragraph.

16          89.     There is no paragraph 89.

17          90.    Defendants deny the allegations set forth in this paragraph.

18          91.    Defendants are without knowledge or information sufficient to form a belief as to

19   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

20   contained herein.

21   <u>**Pendent Claims – Count 5**</u>

22   Abuse of Process:

23   Defendants deny the allegations set forth in this paragraph.

24   Reckless Disregard:

25   Defendants deny the allegations set forth in this paragraph.

26   Failure to Train, Supervise:

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

1    Defendants deny the allegations set forth in this paragraph.

2    Duty to prevent other officers from violating rights:

3    Defendants deny the allegations set forth in this paragraph.

4    Cover Up:

5    Defendants deny the allegations set forth in this paragraph.

6    Negligence:

7    Defendants deny the allegations set forth in this paragraph.

8

9    **Count 6**
**42 U.S.C. §1983 Against City of Oakland – Deliberate Indifference, Failure to Train,**
**Supervise, Negligence**

10   Eighth Amendment

11    92.    Defendants incorporate herein their responses to the allegations contained in

12   paragraphs 1 through 54, as previously set forth.

13    93.    Defendants deny the allegations set forth in this paragraph.

14    94.    Defendants deny the allegations set forth in this paragraph.

15    95.    Defendants deny the allegations set forth in this paragraph.

16    96.    Defendants deny the allegations set forth in this paragraph.

17    97.    Defendants deny the allegations set forth in this paragraph.

18

19    **Count 7**
**42 U.S.C. §1983 Against County of Alameda – Deliberate Indifference, Failure to Train,**
**Supervise, Negligence**

20

21    98.    Defendants incorporate herein their responses to the allegations contained in

22   paragraphs 1 through 54, as previously set forth.

23    99.    Defendants are without knowledge or information sufficient to form a belief as to

24   the truth of the allegations in this paragraph and on that basis, deny each and every allegation

25   contained herein.

26    100.    Defendants are without knowledge or information sufficient to form a belief as to

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

1  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

2  contained herein.

3      101.    Defendants are without knowledge or information sufficient to form a belief as to

4  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

5  contained herein.

6      102.    Defendants are without knowledge or information sufficient to form a belief as to

7  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

8  contained herein.

9      103.    Defendants are without knowledge or information sufficient to form a belief as to

10  the truth of the allegations in this paragraph and on that basis, deny each and every allegation

11  contained herein.

12

13                      **PRAYER FOR RELIEF**

14      Defendants deny that Plaintiff is entitled to any of the relief sought in subsection (a) through

15  (k) of this paragraph as a result of the alleged acts and omissions of Defendants.

16

17                      **<u>AFFIRMATIVE DEFENSES</u>**

                          **I.**

18

19      AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the

20  complaint fails to state a claim upon which relief can be granted.

                          **II.**

21

22      AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, defendants

23  allege, on information and belief, that plaintiff did not exercise ordinary care, caution, or prudence

24  to avoid the alleged event and/or accident; consequently, the subsequent injuries or damages, if any,

25  sustained by plaintiff were proximately caused by and contributed to by plaintiff's comparative

26  negligence, and any damages he might otherwise be entitled to should be proportionately reduced

    by the degree of plaintiff's negligence.

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

**III.**

AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that the injuries and damages plaintiff complains of resulted from the acts and/or omissions of others, or acts of God, and without any fault on the part of defendants.

**IV.**

AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that any party or individual who contributed to and/or caused the alleged injuries and damages was not acting as its agent or with its knowledge or within the course and/or scope of employment with defendant CITY OF OAKLAND.

**V.**

AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, to the extent that plaintiff attempts to allege state claims, these are barred by all applicable California Government Code protections and immunities, including, but not limited to, sections 815 through 900.  Said sections are pleaded as though fully set forth herein.

**VI.**

AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that all of the actions of defendants were undertaken in good faith and with the reasonable belief that such actions were valid, necessary, reasonable, lawful and constitutionally proper, entitling defendants to the qualified immunity of good faith.

**VII.**

AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, if they in any fashion caused the injuries or damages alleged, although such liability is expressly denied herein, their acts and/or omissions were reasonable and privileged.

**VIII.**

AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege, on information and belief, that plaintiff failed to mitigate damages.

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

**IX.**

AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, defendants allege that, to the extent that plaintiff alleges or assert matters not contained in a legally sufficient claim filed by them, this action is barred by the claims presentation requirements set forth in California Government Code Section 905 et seq.

**X**.

AS A FURTHER, TENTH, SEPARATE, AND AFFIRMATIVE DEFENSE, defendants allege that if it was negligent or in any fashion caused the alleged injuries or damages, such acts and/or omissions were discretionary and, thus, no liability exists, pursuant to Government Code Section 820.2.

**XI**.

AS A FURTHER, ELEVENTH, SEPARATE, AND AFFIRMATIVE DEFENSE, defendants allege that plaintiff's claims are barred by all applicable Government Code immunities, including, but not limited to Sections 815, 815.2, 818, 818.2, 818.6, 818.8, 820.2, 820.8, 821, 821.6, 822, 822.2, 845, 845.4.  Said sections are pleaded as though fully set forth herein.

**XII**.

AS A FURTHER, TWELFTH, SEPARATE, AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred, under Government Code § 945.6, by plaintiff's failure to file his action within six months after denial of his claim.

**XIII.**

AS A FURTHER, THIRTEENTH, SEPARATE, AND AFFIRMATIVE DEFENSE, defendants allege that this action is barred by all applicable statutes of limitations.

**XIV**.

AS A FURTHER, THIRTEENTH, SEPARATE, AND AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff lacks standing to bring this action to the extent that it is based on alleged injuries to persons other than Plaintiff.

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

1

**PRAYER**

2

**WHEREFORE**, defendants pray that:

3

    1.      Plaintiff take nothing by his Complaint;

4

    2.      Defendants have judgment against Plaintiff;

5

    3.      Defendants be awarded their costs of suit; and

6

    4.      For such other and further relief as the Court may deem proper.

7

Dated:  September 23, 2009

8

                        JOHN A. RUSSO, City Attorney
                        RANDOLPH W. HALL, Assistant City Attorney
                        WILLIAM E. SIMMONS, Supervising Trial Attorney

9

                        JENNIFER N. LOGUE, Deputy City Attorney

10

11

                By:   /S/Jennifer N. Logue                    
                        Attorneys for Defendant
                        CITY OF OAKLAND

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT

**PROOF OF SERVICE**
**Ken Phelon v. Jeremy Hamman, et al.**
**United States District Court Case No. C09-03393 SBA**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612.  On the date set forth below, I served the within document:

**ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT**

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

¨   by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

¨   by personally delivering the document(s) listed above to the person(s) set forth below.

| | |
|---|---|
| Ken Phelon<br>2932 – 55th Avenue<br>Oakland, CA  94605 | Farand C. Kan<br>County of Alameda<br>Office of the County Counsel<br>1221 Oak Street, Suite 450<br>Oakland, CA  94612 |

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 23, 2009, at Oakland, California.


/S/_____
Cynthia S. Andrada

21
ANSWER OF DEFENDANTS CITY OF OAKLAND AND ROSS TISDELL TO COMPLAINT