RICHARD E. WINNIE [68048]
County Counsel
By: FARAND C. KAN [203980]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700

JOHN A. RUSSO [129729]
City Attorney
RANDOLPH W. HALL [080142]
Assistant City Attorney
WILLIAM E. SIMMONS [121266]
Supervising Trial Attorney
JENNIFER N. LOGUE [241910]
Deputy City Attorney
City of Oakland, Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524
Fax: (510) 238-6500
jnlogue@oaklandcityattorney.org

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. PHELON,<br><br>                    Plaintiff,<br><br>  v.<br><br>JEREMY D. HAMMAN, ET AL.,<br><br>                    Defendants. | Case No.: C 09-03393 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 1, 4th Floor<br>Address: 1301 Clay Street<br>                 Oakland, CA 94612<br>Judge: Hon. Saundra Brown Armstrong |

      This Court has reviewed and considered the "Motion for Leave to Amend Complaint to Add Plaintiff" filed by Plaintiff KENNETH D. PHELON ("Plaintiff"), and "Defendants' Statement of Non-Opposition to Plaintiff's Motion for Leave to Amend" filed by Defendants, JEREMY D.

---
**[Proposed] Order Granting Plaintiff's Motion to Amend,** *Phelon v. Hamman,* **Case No. C-09-03393 SBA**

HAMMAN, JIM GARRIGAN, ALAMEDA COUNTY SHERIFF'S OFFICE, COUNTY OF ALAMEDA, CITY OF OAKLAND and ROSS TISDELL ("Defendants").

Based on that review, the Court grants Plaintiff's Motion to Amend on the grounds that Plaintiff is permitted to amend his Complaint once as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1).

The Court further orders that Plaintiffs fully amend the Complaint within fourteen days in order to plead Jolicia Kelley into the case.

Defendants are granted 30 days from the date of filing of the Amended Complaint to file responses.

DATED: 1/11/10        *[signature: Saundra B Armstrong]*
HON. SAUNDRA BROWN ARMSTRONG

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEN PHELON,

       Plaintiff,

v.

JEREMY D. HAMMAN et al,

       Defendant.
_____/

Case Number: CV09-03393 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/10/10January 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth D. Phelon

2932 - 55th Avenue

Oakland, CA 94605

Dated: 1/10/10January 11, 2010

                                      Richard W. Wieking, Clerk

                            By: LISA R CLARK, Deputy Clerk

**[Proposed] Order Granting Plaintiff's Motion to Amend,** *Phelon v. Hamman,* **Case No. C-09-03393 SBA**

4