RICHARD E. WINNIE [68048]
County Counsel
By:  FARAND C. KAN  [203980]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:     (510) 272-6700

JOHN A. RUSSO [129729]
City Attorney
RANDOLPH W. HALL [080142]
Assistant City Attorney
WILLIAM E. SIMMONS [121266]
Supervising Trial Attorney
JENNIFER N. LOGUE [241910]
Deputy City Attorney
City of Oakland, Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524
Fax: (510) 238-6500
jnlogue@oaklandcityattorney.org

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. PHELON,<br><br>                              Plaintiff,<br><br>     v.<br><br>JEREMY D. HAMMAN, ET AL.,<br><br>                              Defendants. | Case No.: C 09-03393 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND**<br><br>Date:            TBD<br>Time:            TBD<br>Courtroom:    1, 4th Floor<br>Address:        1301 Clay Street<br>                        Oakland, CA  94612<br>Judge: Hon. Saundra Brown Armstrong |

This Court has reviewed and considered the "Motion for Leave to Amend Complaint to Add Plaintiff" filed by Plaintiff KENNETH D. PHELON ("Plaintiff"), and "Defendants' Statement of Non-Opposition to Plaintiff's Motion for Leave to Amend" filed by Defendants, JEREMY D.

**[Proposed] Order Granting Plaintiff's Motion to Amend,** *Phelon v. Hamman,* **Case No. C-09-03393 SBA**
1

1  HAMMAN, JIM GARRIGAN, ALAMEDA COUNTY SHERIFF'S OFFICE, COUNTY OF
2  ALAMEDA, CITY OF OAKLAND and ROSS TISDELL ("Defendants").
3       Based on that review, the Court grants Plaintiff's Motion to Amend on the grounds that
4  Plaintiff is permitted to amend his Complaint once as a matter of right pursuant to Federal Rule
5  of Civil Procedure 15(a)(1).
6       The Court further orders that Plaintiffs fully amend the Complaint within fourteen days in
7  order to plead Jolicia Kelley into the case.
8       Defendants are granted 30 days from the date of filing of the Amended Complaint to file
9  responses.
10
11
12  DATED: _____1/11/10_____                    _____*signature*_____
13                                              HON. SAUNDRA BROWN ARMSTRONG

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEN PHELON,

        Plaintiff,

 v.

JEREMY D. HAMMAN et al,

        Defendant.

_____/

Case Number: CV09-03393 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/10/10January 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**[Proposed] Order Granting Plaintiff's Motion to Amend,** *Phelon v. Hamman,* **Case No. C-09-03393 SBA**

Kenneth D. Phelon

2932 - 55th Avenue

Oakland, CA 94605

Dated: 1/10/10January 11, 2010

               Richard W. Wieking, Clerk

                By: LISA R CLARK, Deputy Clerk