UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEN PHELON,

        Plaintiff,

v.

JEREMY D. HAMMAN et al,

        Defendant.

Case Number: CV09-03393 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jennifer N. Logue
Oakland City Attorney's Office
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612

Kenneth D. Phelon
2932 - 55th Avenue
Oakland, CA 94605

Yvette Maria Davis
Rankin Sproat Mires Beaty & Reynolds
1970 Broadway
Suite 1150
Oakland, CA 94612

Dated: September 3, 2010

        Richard W. Wieking, Clerk
        By: Jessie Mosley, Deputy Clerk