UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH PHELON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEREMY HAMMAN, et al.,<br><br>　　　　Defendants. | Case No:  C 09-3393 SBA<br><br>**ORDER**<br><br>Docket 12 |

　　　On September 23, 2009, Defendants filed a motion to dismiss Plaintiff's complaint. Dkt. 12.  After being granted several extensions of time, Plaintiff filed a first amended complaint on September 23, 2010.  Accordingly,

　　　IT IS HEREBY ORDERED THAT Defendants' September 23, 2009 motion to dismiss is DENIED, without prejudice, as MOOT in view of Plaintiff's filing of a first amended complaint.  Defendants may renew their motion to dismiss if appropriate in view of the allegations in the first amended complaint.

　　　IT IS FURTHER HEREBY ORDERED THAT a telephonic Case Management Conference is scheduled in this matter for **December 8, 2010 at 2:45 p.m**.  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the

1  statement as well as for arranging the conference call.  All parties shall be on the line and shall
2  call (510) 637-3559 at the above indicated date and time.
3        This order terminates Docket 12.
4        IT IS SO ORDERED.
5  Dated: September 27, 2010                    _____
6                                          SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEN PHELON,

       Plaintiff,

  v.

JEREMY D. HAMMAN et al,

       Defendant.
_____/

Case Number: CV09-03393 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth D. Phelon
2932 - 55th Avenue
Oakland, CA 94605

Dated: September 27, 2010
                              Richard W. Wieking, Clerk

                              By: LISA R CLARK, Deputy Clerk