UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH PHELON, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JEREMY D. HAMMAN, et al.,<br><br>　　　　Defendant. | Case No: C 09-03393 SBA<br><br>**JUDGMENT** |

　　　In accordance with the Court's Order Granting Defendants' Motions to Dismiss,

　　　IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

　　　IT IS SO ORDERED.

Dated: January 18, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

|1|
|2| UNITED STATES DISTRICT COURT
|  | FOR THE
|3| NORTHERN DISTRICT OF CALIFORNIA

4  KEN PHELON,

5         Plaintiff,

6    v.

7  JEREMY D. HAMMAN et al,

8         Defendant.
   _____/

9

10                                   Case Number: CV09-03393 SBA

11                                   **CERTIFICATE OF SERVICE**

12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14  That on January 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17

18

19  Kenneth D. Phelon
    2932 - 55th Avenue
20  Oakland, CA 94605

21  Dated: January 18, 2011
                                     Richard W. Wieking, Clerk
22
                                     By: LISA R CLARK, Deputy Clerk
23