1
2
3
4
5                    UNITED STATES DISTRICT COURT
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                          OAKLAND DIVISION
8

KENNETH PHELON, et al.,                    Case No: C 09-03393 SBA

      Plaintiffs,                         **JUDGMENT**

  vs.

JEREMY D. HAMMAN, et al.,

      Defendant.

    In accordance with the Court's Order Granting Defendants' Motions to Dismiss,

    IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

    IT IS SO ORDERED.

Dated: January 18, 2011

                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEN PHELON,

        Plaintiff,

  v.

JEREMY D. HAMMAN et al,

        Defendant.
                                           /

Case Number: CV09-03393 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth D. Phelon
2932 - 55th Avenue
Oakland, CA 94605

Dated: January 18, 2011

                                        Richard W. Wieking, Clerk

                                                By: LISA R CLARK, Deputy Clerk