KENNETH PHELON & JOLICIA KELLEY
2932 55th Avenue
Oakland, CA 94605



FILED
FEB 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA-

# OAKLAND DIVISION

| | |
|---|---|
| KENNETH PHELON,<br><br>JOLICIA KELLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMY HAMMAN, et al.,<br><br>Defendants. | Case No.: C 09-03393 SBA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Kenneth Phelon and Jolicia Kelley, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment granting defendants' motion to dismiss entered in this action on the 18th day of January, 2011.

Dated: February 11, 2011

_Ken Phelon_

Kenneth Phelon, Pro Se

_Jolicia Kelley_

Jolicia Kelley, Pro Se

Notice of Appeal CIV-09-03393 SBA

Proof of Service
Declaration of Service

Case #: CIV 09 – 03393 SBA

Phelon & Kelley v. Hamman, et at

NOTICE OF APPEAL
CIV 09 – 03393 SBA N.D.

1) Northern District – Oakland Division
   One Frank Ogawa Plaza
   Oakland, CA 94612

2) Mr. Raymond McKay
   Office of County Counsel
   1221 Oak St., Ste. 450
   Oakland, CA 94612

3) Rankin, Sproat, Mires, Beaty & Reynolds
   1970 Broadway, Suite 1150
   Oakland, CA 94612

Dated: February 11, 2011

Lola Robinson