UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH PHELON, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>JEREMY HAMMAN, et al.,<br><br>   Defendants. | Case No: C 09-3393 SBA<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

   On July 23, 2009, Plaintiff Kenneth Phelon filed a *pro se* complaint against various Oakland police officers and other individuals and entities pursuant to 42 U.S.C. § 1983, claiming that his civil rights were violated in connection with an ongoing state court criminal misdemeanor proceeding. Plaintiff later filed a First Amended Complaint adding Jolicia Kelley as a plaintiff. On January 18, 2011, the Court granted Defendants' unopposed motions to dismiss Plaintiffs' First Amended Complaint. Dkt. 69. On February 11, 2011, Plaintiff filed a notice of appeal of the Court's January 18, 2011 Order. Presently before the Court is Plaintiff Phelon's application to proceed in forma pauperis on appeal. Dkt. 73.

   The in forma pauperis statute, 28 U.S.C. § 1915, permits the commencement of a civil action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). Under 28 U.S.C. § 1915(e)(2), federal courts are authorized to review claims filed in forma pauperis prior to service and to dismiss the case at any time if the court determines, inter alia, that the allegation of poverty is untrue. The benefit of proceeding in forma pauperis is a privilege, not a right. Franklin v. Murphy, 745 F.2d 1221, 1231 (9th Cir. 1984). Thus, to obtain this privilege, the litigant must demonstrate, to the Court's satisfaction, his or her

1  inability pay the requisite fees and costs.  See Williams v. Marshall, 795 F. Supp. 978, 979
2  (N.D. Cal. 1992).
3      In the present matter, Plaintiff states in his application that he has no monthly expenses,
4  including no monthly expenses for rent, utilities, food, or clothing.  Dkt. 73.  The Court is
5  concerned that Plaintiff has not accurately stated his monthly expenses.  As a result, Plaintiff
6  has failed to provide the information necessary to assess his application to proceed in forma
7  pauperis.  Accordingly,
8      IT IS HEREBY ORDERED THAT Plaintiff's application to proceed in forma pauperis
9  on appeal is DENIED without prejudice to Plaintiff re-filing his application – within ten (10)
10 days of the date this Order is filed – to address the deficiencies identified herein.  This Order
11 terminates Docket 73.
12     IT IS SO ORDERED.
13 Dated: 3/1/11
                                    _____
14                                  SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEN PHELON,

       Plaintiff,

 v.

JEREMY D. HAMMAN et al,

       Defendant.
                                                /

Case Number: CV09-03393 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jolicia Kelley
2932 55th Avenue
Oakland, CA 94605

Kenneth D. Phelon
2932 - 55th Avenue
Oakland, CA 94605

Dated: March 1, 2011

                                      Richard W. Wieking, Clerk

                                                By: LISA R CLARK, Deputy Clerk